FILED IN DISTRICT COURT
OKLAHOMA COUNTY

JAN 25 2021

RICK WARREN
COURT CLERK
36

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

| | |
|---|---|
| DONNA ANDERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CJ-2021-336 |
| | ) |
| WAL-MART STORES, INC., d/b/a | ) |
| WAL-MART SUPERCENTER, | ) |
| STORE #2803 | ) |
| | ) |
| Defendant. | ) |

## PETITION

COMES NOW the Plaintiff, Donna Anders, and for her claims against the Defendant, Wal-Mart Stores, Inc., d/b/a Wal-Mart Supercenter, Store #2803 ("Wal-Mart"), alleges and states as follows:

1. On or about July 26, 2019, Plaintiff Donna Anders was a business invitee on the premises operated as a retail establishment and open to the public, located at 2200 West Danforth Road, Edmond, Oklahoma County, Oklahoma. Said premises was under the exclusive possession and control of Defendant, Wal-Mart, for the purpose of operating a retail store.

2. On the date set forth above, Defendant failed to maintain its premises in a safe condition; specifically, Defendant allowed the accumulation of a slick substance in an area accessible to the shopping public and failed to warn customers like the Plaintiff that the floor was slick and/or had a slippery substance on it. Plaintiff slipped and fell in an area where business invitees and customers are expected to walk to shop at the Wal-Mart store. This negligence created a dangerous condition which was not open and/or obvious to the Plaintiff and which was in the nature of a hidden danger known to the Defendant before Plaintiff's fall.

EXHIBIT 2

3. Plaintiff was unaware a substance had been spilled on the floor and/or that the floor was dangerous to walk on prior to walking in the area to shop for groceries. Defendant, its agents, servants, and/or employees knew or should have known that something had spilled on the floor creating a fall hazard. The Defendant knew the premises was unsafe and would place Plaintiff and others in a position of imminent danger and risk of harm.

4. As a result of Defendant's negligence, the Plaintiff sustained personal injuries resulting from the following elements of damage, both past and future: pain, suffering, mental anguish, medical expenses, disfigurement, loss of earnings and loss of quality and enjoyment of life. The Plaintiff's injuries are permanent, painful, progressive and disfiguring and the Plaintiff has been damaged in an amount in excess of Seventy-Five Thousand Dollars ($75,000.00).

WHEREFORE the Plaintiff, Donna Anders, prays that this Court enter judgment against the Defendant, Wal-Mart, in an amount in excess of Seventy-Five Thousand Dollars ($75,000.00), for actual damages, together with costs, interest, and any other relief which this Court deems just and reasonable.

DEREK K. BURCH, OBA # 13004
BRETT T. REAVIS, OBA # 33595
BURCH, GEORGE & GERMANY
1500 City Place Building
204 North Robinson
Oklahoma City, Oklahoma 73102
Telephone: 405-239-7711
Facsimile: 405-239-7795
derek@burch-george.com
brett@burch-george.com
*Attorneys for the Plaintiff*

**ATTORNEY LIEN CLAIMED**